**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Troy J.B.,                                                    No. 25-cv-2545 (KMM/DLM)

       Plaintiff,

v.                                                                       **ORDER**

Frank Bisignano,
Commissioner of Social Security,

       Defendant.

---

This appeal from the Commissioner of Social Security's denial of Plaintiff Troy J.B.'s claim for disability benefits is before the Court on the Report and Recommendation of United States Magistrate Judge Douglas L. Micko dated July 10, 2026. Dkt. 21. Judge Micko recommends that Plaintiff's request for reversal of the Commissioner's decision or remand to the Social Security Administration be denied. *Id.* at 12. The deadline for Plaintiff to file objections to the Report and Recommendation was July 24, 2026, D. Minn. LR 72.2(b)(1), but Plaintiff did not object by the deadline, nor has he submitted anything since. In the absence of objections, the Court reviews the Report and Recommendation for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on that review, the Court finds no clear error. Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. 21) is **ACCEPTED**.

2. Plaintiff's request to reverse or remand the decision of the Commissioner (Dkt. 10) is **DENIED**.

3. Defendant's Request to affirm the decision of the Commissioner (Dkt. 19) is **GRANTED**.

4. This matter is **DISMISSED WITH PREJUDICE**.

**Let Judgment be entered accordingly**.

Date: August 7, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge

2